## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>PENCHUKOV, et al,<br><br>        Defendant. | 4:11CR3074<br><br>MOTION TO SEAL |

COMES NOW the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and moves this Court to seal the government's application regarding the above-captioned defendants.

DATED this 18th day of December, 2017.

Respectfully submitted,

UNITED STATES OF AMERICA,

BY:    ROBERT C. STUART
          Acting United States Attorney, D.NE.


And:   *s/Steven A. Russell*
        STEVEN A. RUSSELL #18314
        Assistant United States Attorney
        487 Federal Building
        100 Centennial Mall North
        Lincoln, NE  68508
        (402) 437-5241

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 18, 2017, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Nebraska by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

And I hereby certify that I have caused this document to be electronically mailed to the following non CM/ECF participants: N/A

<div align="center" style="margin-left:40%">

<u>    s/Steven A. Russell</u>
STEVEN A. RUSSELL
Assistant United States Attorney

</div>