IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>VYACHESLAV IGOREVICH PENCHUKOV, ET AL.,<br><br>          Defendant. | 4:11CR3074<br><br>NOTICE OF SUBSTITUTION<br>OF COUNSEL |

The United States hereby notifies the Court of the substitution of John E. Higgins, Assistant United States Attorney, as counsel for the United States in the above-captioned case, replacing Steven A. Russell, who is no longer assigned to this case.

Please direct all future pleadings and correspondence to the undersigned.

UNITED STATES OF AMERICA, Plaintiff

JAN W. SHARP
United States Attorney
District of Nebraska

By:   s/ John E. Higgins
       JOHN E. HIGGINS, #19546
       Assistant U.S. Attorney
       1620 Dodge Street, Suite 1400
       Omaha, NE  68102-1506
       Tel:  (402) 661-3700
       Fax:  (402) 345-5724
       E-mail:  john.higgins@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on April 20, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.  I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

2

s/ John E. Higgins
Assistant U.S. Attorney